M.D. Appeal Dkt.
72 MAP 2020 and 73 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 302 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| HUNTER GARRISON KALE | : | |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA STATE POLICE | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | No. 303 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| HUNTER GARRISON KALE | : | |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA STATE POLICE | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 14th day of December, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Should the Superior Court's Opinion and Order be reversed because its interpretation of PSP's standing, pursuant to 42 Pa.C.S. §9799.74, is contrary to the plain language set forth in the statute?